No. 233, Misc. ZAPPIA *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Leonard M. Bell,* Assistant Attorney General, for respondent.

No. 234, Misc. WELLS *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 236, Misc. BRYANT *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 238, Misc. NEEDEL *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied. *Reuben Goodman* for petitioner. *Robert H. Quinn,* Attorney General of Massachusetts, *John Wall,* Assistant Attorney General, *Lawrence P. Cohen,* Deputy Assistant Attorney General, *James B. Krasnoo,* Special Assistant Attorney General, and *Matthew J. Ryan, Jr.,* for respondent.

No. 241, Misc. LUNA *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 243, Misc. RODES *v.* MUNICIPAL AUTHORITY OF THE BOROUGH OF MILFORD. C. A. 3d Cir. Certiorari denied. *Leo M. McCormack* for respondent.

No. 245, Misc. COSTELLO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 248, Misc. WASHINGTON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *John C. Emery, Jr.,* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.